CRISTINA G. BEHLING *v.* PAUL BEHLING
(12773)

O'CONNELL, LAVERY and LANDAU, Js.

Argued April 27—decision released May 23, 1995

*Joseph Chiarelli* filed a brief for the appellant (plaintiff).

*Mark R. Soboslai,* for the appellee (defendant).

PER CURIAM. We conclude that this appeal is moot because there is no relief that this court can grant.

The appeal is dismissed.